**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,     :     No. 428 MAL 2016
                                  :
    Respondent                :
                                  :     Petition for Allowance of Appeal from
                                  :     the Order of the Superior Court
        v.                    :
                                  :
                                  :
ROMMELL DOMINGUEZ-CRUZ,           :
                                  :
    Petitioner                :


## ORDER


**PER CURIAM**

    **AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.